UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
at PIKEVILLE

| | | |
|---|---|---|
| TIMOTHY JASON BROOKS | ) | |
| | ) | |
| PLAINTIFF | ) | CIVIL ACTION NO. 7:08-CV-105-KKC |
| | ) | |
| v. | ) | |
| | ) | **JUDGMENT** |
| MR. S. SILVA, et al. | ) | |
| | ) | |
| DEFENDANTS | ) | |

************

In accordance with the opinion and order entered contemporaneously with this judgment, the Court HEREBY ORDERS AND ADJUDGES that:

(1) Defendants' motion for reconsideration (DE 257) is GRANTED;

(2) Upon reconsideration, Defendants' prior motion for summary judgment (DE 241) is GRANTED;

(3) Brooks's motion for leave to brief revival of the FTCA claim (DE 265) is DENIED;

(4) In all other respects, the Court's prior Opinion and Order (DE 254) remains unaltered;

(5) This judgment is FINAL and APPEALABLE; and

(6) This matter is STRICKEN from the active docket of this Court.

Dated this 3rd day of October, 2013.

